```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39098
  CAROLE MARIE GILLESPIE
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-0294
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/20/04 and confirmed on 01/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 135072.50 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 55834.23 | .00 | 55834.23 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 14646.45 | .00 | 14646.45 |
| FORD MOTOR CREDIT CO | SECURED | 7000.00 | 674.63 | 7000.00 |
| GMAC RESCAP LLC | SECURED | 31465.64 | .00 | 31465.64 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 4317.50 | .00 | 4317.50 |
| ROUNDUP FUNDING LLC | UNSECURED | 1083.83 | .00 | 108.38 |
| INTERNAL REVENUE SERVICE | UNSECURED | 123920.77 | .00 | 12392.08 |
| WORLD FINANCIAL NETWORK | UNSECURED | 282.43 | .00 | 28.24 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 925.65 | .00 | 92.57 |
| TIME 2 TAN | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 961.20 | .00 | 96.12 |
| RJM ACQUISITIONS LLC | FILED LATE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 355.36 | .00 | 355.36 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 113263.82 | 355.36 | 127173.88 | .00 | 240793.06 |
| PRINCIPAL PAID | 113263.82 | 355.36 | 12717.39 | .00 | 126336.57 |
| INTEREST PAID | 674.63 | .00 | .00 | .00 | 674.63 |
| TOTAL PAID | 113938.45 | 355.36 | 12717.39 | .00 | 127011.20 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $    900.00   direct and $   1800.00   through the plan.

The Trustee received $    5940.55 .

Refunds to the Debtor totaled $     320.75 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 02/09/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 39098 CAROLE MARIE GILLESPIE